1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARRIAH TAILEY,

               Plaintiff,

    v.

COLUMBIA DEBT RECOVERY LLC,

               Defendant.

Case No. C25-5828-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On September 15, 2025, Defendant removed this action to this Court. (Dkt. # 1.) On September 17, 2025, the Clerk's Office filed a letter notifying the parties that Plaintiff's counsel, Daniel Zemel, was not admitted to practice before this Court. (Dkt. # 3.) Counsel was instructed to submit a Petition for Admission and, upon admission, to file a notice of appearance in this case. (*Id.*) To date, counsel has not appeared in this case. Accordingly, Plaintiff's counsel is ORDERED to complete the steps for admission and file a notice of appearance by **October 10, 2025**. Defendant is ORDERED to provide a copy of this Order and the Clerk's letter (dkt. # 3) to Plaintiff's counsel by **October 3, 2025**.

MINUTE ORDER - 1

1    Dated this 29th day of September, 2025.

2                                    Ravi Subramanian
                                     Clerk of Court

3
                            By: Tim Farrell
4                                Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2